IN THE SUPREME COURT OF NORTH CAROLINA

2021-NCSC-10

No. 478A19

Filed 12 March 2021

IN THE MATTER OF: DAVIN ELDRIDGE


Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 268 N.C. App. 491, 836 S.E.2d 859 (2019), affirming an order finding defendant guilty of criminal contempt entered on 11 January 2019 by Judge William H. Coward in Superior Court, Macon County. Heard in the Supreme Court on 16 February 2021.

*Joshua H. Stein, Attorney General, by Teresa L. Townsend, Special Deputy Attorney General, for the State-appellee.*

*McKinney Law Firm, P.A., by Zeyland G. McKinney, Jr., for defendant-appellant.*

PER CURIAM.

AFFIRMED.